

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 4:23-cr-55 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| JERMAINE WILLIAMS | ) | Distribute Cocaine |
| | ) | (Counts 1–3 and 5) |
| | ) | |
| | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | ) | Felon in Possession of a Firearm |
| | ) | (Count 4) |
| | ) | |
| | ) | 18 U.S.C. § 924(d); 21 U.S.C. § 853; |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | Forfeiture Notice |

INDICTMENT

July 2023 Term – at Newport News, Virginia

COUNT ONE
(Distribute Cocaine)

THE GRAND JURY CHARGES THAT:

On or about February 7, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, JERMAINE WILLIAMS, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).)

1

## COUNT TWO
(Distribute Cocaine)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 14, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, JERMAINE WILLIAMS, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).)

## COUNT THREE
(Distribute Cocaine)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 23, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, JERMAINE WILLIAMS, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).)

## COUNT FOUR
(Felon in Possession of a Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 24, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, JERMAINE WILLIAMS, having knowingly been convicted of a felony crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm, to wit: a Ruger, model Security-9, 9mm semi-automatic pistol, bearing serial number 382-71689, said firearm having been transported in interstate and foreign commerce.

(In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).)

## COUNT FIVE
(Distribute Cocaine)

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 8, 2022, in Newport News, Virginia, in the Eastern District of Virginia, the defendant and elsewhere, JERMAINE WILLIAMS, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. The defendant, if convicted of the violations alleged in Counts One through Three and Five of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any property obtained, directly or indirectly, as a result of the violation; and

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The property subject to forfeiture includes, but is not limited to: a Ruger, model Security-9, 9mm semi-automatic pistol, bearing serial number 382-71689, as described in Count Four, and any related magazines and ammunition.

(In accordance with 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. JERMAINE WILLIAMS
4:23-cr- 55

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON


JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Alyson C. Yates
Special Assistant United States Attorney
United States Attorney's Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov